# UNITED STATES of America
Plaintiff-Appellee

v.

## Dale Wayne ALDRIDGE
Defendant-Appellant

### No. 17-1997

United States Court of Appeals, Eighth Circuit.

Submitted: November 27, 2017

Filed: December 5, 2017

Andrew H. Kahl, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff-Appellee

Dale Wayne Aldridge, Pro Se

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

---

PER CURIAM.

Dale Aldridge appeals from the order of the District Court[1] denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Following de novo review, we agree with the District Court that Aldridge was ineligible for the requested sentence reduction based on an amendment to the United States Sentencing Guidelines because his original sentence was derived from the applicable statutory minimum. See United States v. Moore, 734 F.3d 836, 837–38 (8th Cir. 2013). We decline to address Aldridge's additional pro se arguments, which are raised for the first time on appeal and are unrelated to his sentence-reduction motion. We affirm the judgment and grant counsel's motion to withdraw.

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.